IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARILYN ALLEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WAL-MART ASSOCIATES, INC. a/k/a ) <br> WAL-MART STORES, INC., and ) <br> WAL-MART STORES EAST, L.P., ) <br> ) <br> Defendants. ) | No. CIV-15-334-W |

## ORDER

Upon review, the Court

(1) GRANTS the Unopposed Motion for Extension of Time to Respond [Doc. 34] filed on April 20, 2016, by plaintiff Marilyn Alley; and

(2) DIRECTS Alley to file her response on or before April 29, 2016, to the defendants' Motion for Summary Judgment [Doc. 31] filed on April 1, 2016.

ENTERED this 21st day of April, 2016.

LEE R. WEST
UNITED STATES DISTRICT JUDGE