## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.  **MARILYN ALLEY,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| **v.** | ) | **CIV-15-334-W** |
| | ) | |
| 1.  **WAL-MART ASSOCIATES, INC.,** | ) | |
|     **a/k/a WAL-MART STORES, INC.,** | ) | |
|     **and** | ) | |
| 2.  **WAL-MART STORES EAST, LP,** | ) | |
| | ) | **ATTORNEY LIEN CLAIMED** |
|     **Defendants.** | ) | **JURY TRIAL DEMANDED** |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Marilyn Alley, hereby stipulates with the Defendants, Wal-Mart Associates, Inc. a/k/a Wal-Mart Stores, Inc., and Wal-Mart Stores East, LP, that her claims in the above styled and numbered action shall be dismissed with prejudice.  The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 16th DAY OF MAY, 2016.**

s/ Shannon C. Haupt
Jana B. Leonard, OBA #17844
Shannon C. Haupt, OBA #18922
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, OK 73139
Telephone:   405-239-3800
Facsimile:    405-239-3801
leonardjb@leonardlaw.net
haupts@leonardlaw.net
*Counsel for Plaintiff*

1

 s/Steven A. Broussard
_____

(Signed with permission)

Steven A. Broussard, OBA #12582

HALL, ESTILL, HARDWICK, GABLE,
      GOLDEN & NELSON, P.C.

320 South Boston Avenue, Suite 200

Tulsa, OK 74103-3706

Telephone:  918-594-0400

Facsimile:  918-594-0505

Sbroussard@hallestill.com

*Counsel for Defendants*